IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN REESE, | No. 12-00877 CW |
| Plaintiff, | CASE MANAGEMENT ORDER |
| v. | |
| NORTEL NETWORKS INC, | |
| Defendant. | |

A case management conference is not required in this ERISA case.  The Case Management Statement and Proposed Order filed by the parties are hereby adopted by the Court as the Case Management Order for the case, except as noted below.

The case is hereby referred to private mediation for alternate dispute resolution, to be held by August 13, 2012.

The parties do not intend to amend their pleadings.  Initial disclosures shall be made by June 13, 2012.

Plaintiff may seek discovery informally from Defendant, which Defendant shall provide if the requests are not burdensome.  If the parties cannot agree, the parties may file a joint discovery letter brief and the Court will refer discovery to a magistrate judge.  Any discovery shall be completed by December 13, 2012.  If Plaintiff wishes to supplement the Administrative Record, Plaintiff shall attempt to obtain a stipulation from Defendant to

do so.  If the parties cannot agree on supplemental evidence, Plaintiff may include a request to supplement the Administrative Record in the brief on the motion for judgment, submitting the proposed supplemental evidence with a declaration.

The case shall be resolved on cross-motions for judgment pursuant to Rule 52 of the Federal Rules of Civil Procedure and <u>Kearney v. Standard Insurance</u>, 175 F.3d 1084 (9th Cir. 1999).  The briefs shall address the scope of review and whether the Court's review is limited to the Administrative Record or whether supplemental evidence should be considered.

Plaintiff shall file her motion for judgment in a single brief of no greater than twenty-five pages on January 10, 2013.

Defendant shall file its opposition and cross-motion for judgment in a single brief of no greater than twenty-five pages on January 24, 2013.

Plaintiff shall file a reply and opposition to the cross-motion of no greater than fifteen pages on January 31, 2013.

Defendant may file a reply to the cross-motion of no greater than fifteen pages on February 7, 2013.  The hearing will be held on February 21, 2013 at 2:00 pm in Courtroom 2.

IT IS SO ORDERED.

Dated: 6/1/2012

_____
CLAUDIA WILKEN
United States District Judge

2