Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
James J. Moak (Bar No. 82393)
jmoak@mmhllp.com
Cindy Mekari (Bar No. 272465)
cmekari@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendants/Counterclaimant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA, NORTEL NETWORKS, INC.
LONG-TERM DISABILITY PLAN, and NORTEL
NETWORKS, INC EMPLOYEE BENEFIT PLANS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN REESE, | Case No. C 12-00877 CW |
| Plaintiff, | **ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| NORTEL NETWORKS, INC. LONG-TERM DISABILITY PLAN; NORTEL NETWORKS, INC. EMPLOYEE BENEFIT PLANS; and PRUDENTIAL INSURANCE CO. OF AMERICA, a New Jersey Corporation, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. C 12-00877 CW, is dismissed in its entirety, with prejudice.

//

//

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

127995.1

1

Case No. C 12-00877 CW
Order Re Stipulation for Dismissal of Entire
Action with Prejudice

1    IT IS HEREBY FURTHER ORDERED that each party shall bear its own
2 attorneys' fees and costs in this matter.
3
4 Dated: November 27, 2012                    _____
5                                              Honorable Claudia Wilken
                                               United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

127995.1

2    Case No. C 12-00877 CW
     Order Re Stipulation for Dismissal of Entire
     Action with Prejudice