Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
James J. Moak (Bar No. 82393)
jmoak@mmhllp.com
Cindy Mekari (Bar No. 272465)
cmekari@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendants/Counterclaimant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA, NORTEL NETWORKS, INC.
LONG-TERM DISABILITY PLAN, and NORTEL
NETWORKS, INC EMPLOYEE BENEFIT PLANS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN REESE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NORTEL NETWORKS, INC. LONG-TERM DISABILITY PLAN; NORTEL NETWORKS, INC. EMPLOYEE BENEFIT PLANS; and PRUDENTIAL INSURANCE CO. OF AMERICA, a New Jersey Corporation,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. C 12-00877 CW<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. C 12-00877 CW, is dismissed in its entirety, with prejudice.

//

//

---

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

127995.1

1

Case No. C 12-00877 CW
Order Re Stipulation for Dismissal of Entire
Action with Prejudice

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: November 27, 2012

_____
Honorable Claudia Wilken
United States District Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

127995.1

2

Case No. C 12-00877 CW
Order Re Stipulation for Dismissal of Entire Action with Prejudice